```
2007113002063O9
Pgs: 1   $32.00    T20070092348
11/30/2007 10:13AM MEPSTEWART MO
Robert G. Montgomery
Franklin County Recorder
```

**PREPARED BY: Stewart Lender Services**
**RECORDING REQUESTED BY**
**/AFTER RECORDING RETURN TO:**

Stewart Lender Services
Attn. Maude LeBlanc
P.O. Box 36369
Houston, Texas 77236
Tel. (800) 795-5263

Pool: 090503
Loan Number: 0025431503
: 1916413574      :      10650         Project Number:
2322007001

(Space Above this Line For Recorder's Use Only)

## ASSIGNMENT of MORTGAGE

**STATE OF OHIO**                                 KNOW ALL MEN BY THESE PRESENTS:
**COUNTY OF FRANKLIN**

That Coldwell Banker Mortgage ('Assignor'), acting herein by and through a duly authorized officer, the owner and holder of one certain promissory note executed by CHARLES W KLIE ('Borrower(s)') secured by a Mortgage of even date therewith executed by Borrower(s) for the benefit of the holder of the said note, which was recorded on the lot(s), or parcel(s) of land described therein situated in the County of Franklin, State of Ohio:

Recording Ref:    Recorded on 9/3/2003, Instrument/Document No. 200309030279571

For and in consideration of the sum of Ten and No/100 dollars ($10.00), and other good valuable and sufficient consideration paid, the receipt of which is hereby acknowledged, does hereby transfer and assign, set over and deliver unto J.P. MORGAN CHASE BANK, NA (Assignee) all beneficial interest in and to title to said Mortgage, together with the note and all other liens against said property securing the payment thereof, and all title held by the undersigned in and to said land.

TO HAVE AND TO HOLD unto said Assignee said above described Mortgage and note, together with all and singular the liens, rights, equities, title and estate in said real estate therein described securing the payment thereof, or otherwise.

Executed this the 29th day of October A.D.             Coldwell Banker Mortgage
2007.

                                              By: _____
                                                    JAMES KUCHERKA
                                                    VICE PRESIDENT

THE STATE OF TEXAS

COUNTY OF HARRIS

On this the 29th day of October A.D. 2007, before me, a Notary Public, appeared JAMES KUCHERKA to me personally known, who being by me duly sworn, did say that (s)he is the VICE PRESIDENT of Coldwell Banker Mortgage, and that said instrument was signed on behalf of said corporation by authority of its Board of Directors, and said JAMES KUCHERKA acknowledged said instrument to be the free act and deed of said corporation.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

                            _____

Assignee's Address:                    Assignor's Address:
194 Wood Avenue South                  3000 Leadenhall Road
Iselin NJ 08830                        Mt. Laurel, NJ 08054, Mail Stop LGL
                                       Attention: General Counsel

```
GAYLE CRAINE
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES 08-31-2010
```




**Exhibit A**