# REIMER LORBER AND ARNOVITZ CO LPA

2450 Edison Boulevard
Twinsburg, OH 44087
(330) 425-4201
34-1261315
90400

| | |
|---|---|
| Invoice Date: 06/10/2008 | Invoice Number: 125628 |
| | Current Status: **INCOMPLETE** |
| | Sequence Number: C90230003024440 |
| Submitted To: Chase (OH) | I.E. Batch ID: |
| 3415 Vision Drive | Order Number: |
| Columbus, OH 43219-6009 | |

| | | | |
|---|---|---|---|
| Loan Number: | | Date Created: | 06/10/2008 |
| Loan Type: | CONVENTIONAL INSURED (COMMERCIAL) | Date Submitted: | |
| Investor: | FNMA | Date Posted: | |
| Investor Number: | Unassigned | Date Paid: | |
| Bankruptcy Case Number: | N/A | Created By: | svechery |
| Vendor's File Number: | F08-01811 | Paid from Account (Check No.): | |
| Borrower's Name: | | | |
| Property Address: | COLUMBUS, OH 43221 | | |

## FORECLOSURE
### Interim Bill
Status Reason Description: Invoice header successfully created.

| | Item Code | Item Description | Related Dates | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 12325 | Title Charges - FC - Commitment | Completed: 05/19/2008 | 1.00 | Flat | $674.25 | $0.00 | $674.25 |
| 2 | 12211 | Filing Fee - FC - Court | Completed: 06/05/2008 | 1.00 | Flat | $300.00 | $0.00 | $300.00 |
| | NOTES: Complaint | | | | | | | |
| 3 | 11111 | Attorney Fee - FC - Authorized | Completed: 06/10/2008 | 1.00 | Flat | $550.00 | $0.00 | $550.00 |

Total Foreclosure Costs: $974.25
Total Foreclosure Fees: $550.00
**Grand Total: $1,524.25**

Printed: 6/10/2008        *iCLEAR*        Page 1 of 1

RL-000017

RESPONSE TO MOTION TO COMPEL EXHIBIT 4

# INVOICE

Invoice #: 27134
Invoice Date: 8/13/2008
Nova File Number: P08-2244-1

**To:**
Reimer, Lorber & Arnovitz Co. LPA
2450 Edison Blvd.
PO Box 968
Twinsburg, OH 44087

**From:**
Nova Title Agency, Inc.
2450 Edison Blvd.
Twinsburg, OH 44087
(330) 405-3771

| Description | Amount | Qty | Total |
| --- | --- | --- | --- |
| Final Judicial Report Premium | $50.00 | 1 | $50.00 |
| Exam Charge | $100.00 | 1 | $100.00 |
| | | Subtotal | $0.00 |
| | | Tax @ 0 % | $0.00 |
| | | Non Taxable Amt. | $150.00 |
| | | Grand Total | $150.00 |

Reimer, Lorber & Arnovitz Co. LPA File No: F08-01811

**Property Owner:** Charles W Klie /
**Property Address:** 2498 Bristol Road
Columbus, OH 43221
Franklin County

*Please Remit To:*
Nova Title Agency, Inc.
2450 Edison Blvd.
Twinsburg, OH 44087
(330) 405-3771

*Thank you!*

RL-000006