UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE R. GLAZER, | ) | CASE:  1:09cv1262 |
| PLAINTIFF | ) ) ) | JUDGE BOYKO |
| vs. | ) ) ) | |
| CHASE HOME FINANCE LLC et al. | ) ) ) | **PLAINTIFF'S MOTION TO EXCEED THE PAGE LIMITATION FOR A MOTION** |
| DEFENDANTS | ) ) ) | **FOR SUMMARY JUDGMENT** |

Plaintiff, LAWRENCE R. GLAZER, through the undersigned counsel, respectfully requests that this Court enter an order granting Plaintiff a leave to file a motion for partial summary judgment that exceeds the page limitations for dispositive motion by 10 pages. The undersigned has made diligent efforts to limit the arguments, however since the motion seeks adjudication under sections 1692e, 1692f, 1692d and 1692g of FDCPA, she was unable to do so. Plaintiff respectfully requests an order allowing Plaintiff to exceed the page limitation by 10 pages, for a total of 30 pages.

Respectfully Submitted by

__s/ Nicolette Glazer_____
Nicolette Glazer Esq. CSB 209713
LAW OFFICES OF LARRY R GLAZER
1875 Century Park East #700
Century City, CA 90067

Attorney for PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on 29 June 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties' registrants by operation of the Court's electronic filing system.

DATED:     29 June 2015

LAW OFFICES OF LARRY R. GLAZER

_____*s/ Nicolette Glazer Esq.*_____
Nicolette Glazer CA Bar #209713
ATTORNEY FOR PLAINTIFF