

Reimer, Lorber & Arnovitz Co., L.P.A.
P.O. Box 968
2450 Edison Boulevard
Twinsburg, OH 44087
Voice 330.425.4201
Bankruptcy Fax 330.425.2155
Foreclosure Fax 330.487.0923

Via ordinary mail and facsimile (513) 791-8667

February 7, 2008

Kenneth E. Wegner
9200 Montgomery Road
Building H, Suite 24-A
Cincinnati, OH 45242

Re:  Eugene D. Kline
     Loan No. 0322104670
     File No. F07-00665

Dear Kenneth E. Wegner:

Pursuant to your request for an itemization enclosed please find an escrow advance breakdown and late charge attachment.

Interest:
12/01/06 thru 12/31/06 @ 7.99% interest: $1,035.48
01/01/07 thru 06/30/07 @ 8.990% interest: $6,972.86
07/01/07 thru 12/09/07 @ 9.990% interest: $6,812.94

Estimated Court Costs:
Preliminary Judicial Report    $803.00
Complaint                      $507.00
Process service                $450.00
Final Judicial Report          $150.00
Deposit for Order of Sale      $500.00

-The above figure for court costs were actual deposits made by our office. We are expecting a refund check for the difference between the actual court costs and deposits and the refund will be forwarded to you upon receipt. This was set forth in our letter to you of November 15, 2007.

REIMER, LORBER & ARNOVITZ CO., L.P.A.

Darryl Gormley
Enclosures

**NOTICE UNDER FAIR DEBT COLLECTION PRACTICES ACT**
This is an attempt to collect a debt and any information obtained will be used for that purpose.


EXHIBIT J

#322104670    Escrow Breakdown

| Date | Amount | Description | Check No. | Cummalative Balance |
|---|---|---|---|---|
| 8/15/2005 | ($3,740.97) | Tax Disbursement to Montgomery County | 328451 | ($3,740.97) |
| 2/14/2006 | ($1,841.48) | Tax Disbursement to Montgomery County | 522106 | ($5,582.45) |
| 3/7/2006 | $1,568.16 | Deposit through regular payment | | ($4,014.29) |
| 4/3/2006 | $784.08 | Deposit through regular payment | | ($3,230.21) |
| 5/24/2006 | $784.08 | Deposit through regular payment | | ($2,446.13) |
| 6/6/2006 | $651.24 | Deposit through regular payment | | ($1,794.89) |
| 6/13/2006 | ($1,839.77) | Tax Disbursement to Montgomery County | 644824 | ($3,634.66) |
| 7/17/2006 | $651.24 | Deposit through regular payment | | ($2,983.42) |
| 8/10/2006 | $651.24 | Deposit through regular payment | | ($2,332.18) |
| 9/11/2006 | $651.24 | Deposit through regular payment | | ($1,680.94) |
| 10/17/2006 | $651.24 | Deposit through regular payment | | ($1,029.70) |
| 11/6/2006 | $651.24 | Deposit through regular payment | | ($378.46) |
| 1/16/2007 | $651.24 | Deposit through regular payment | | $272.78 |
| 1/24/2007 | ($1,840.22) | Tax Disbursement to Montgomery County | 867042 | ($1,567.44) |
| 6/25/2007 | ($1,838.68) | Tax Disbursement to Montgomery County | 5992 | ($3,406.12) |
| 12/3/2007 | $3,406.12 | PAYOFF | | $0.00 |
| | | Escrow Advance Balance > | | $0.00 |

| Transaction Date | Transaction Amount | Late Charge Balance | Description |
|---|---|---|---|
| | | $0.00 | |
| 12/16/2004 | ($50.51) | ($50.51) | Late Charge Assessment |
| 1/18/2005 | ($50.51) | ($101.02) | Late Charge Assessment |
| 2/14/2005 | $101.02 | $0.00 | Repayment of Late Charges |
| 2/16/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 2/17/2005 | $38.72 | ($11.79) | Repayment of Late Charges |
| 3/11/2005 | $11.79 | $0.00 | Repayment of Late Charges |
| 3/16/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 3/17/2005 | $27.95 | ($22.56) | LATE CHARGES |
| 4/12/2005 | $22.56 | $0.00 | LATE CHARGES |
| 4/18/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 4/19/2005 | $50.51 | $0.00 | LATE CHARGES |
| 5/16/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 5/31/2005 | $16.67 | ($33.84) | LATE CHARGES |
| 6/7/2005 | $33.84 | $0.00 | LATE CHARGES |
| 6/16/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 7/1/2005 | $50.51 | $0.00 | LATE CHARGES |
| 7/18/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 7/19/2005 | $50.51 | $0.00 | LATE CHARGES |
| 8/16/2005 | ($50.51) | ($50.51) | Late Charge Assessment |
| 9/16/2005 | ($50.51) | ($101.02) | Late Charge Assessment |
| 10/17/2005 | ($50.51) | ($151.53) | Late Charge Assessment |
| 11/16/2005 | ($50.51) | ($202.04) | Late Charge Assessment |
| 3/7/2006 | $202.04 | $0.00 | LATE CHARGES |
| 5/16/2006 | ($50.51) | ($50.51) | Late Charge Assessment |
| 5/24/2006 | $5.66 | ($44.85) | LATE CHARGES |
| 5/26/2006 | $44.85 | $0.00 | Late Charge Assessment |
| 10/16/2006 | ($57.65) | ($57.65) | LATE CHARGES |
| 10/17/2006 | $0.73 | ($56.92) | LATE CHARGES |
| 11/6/2006 | $56.92 | $0.00 | LATE CHARGES |
| 12/18/2006 | ($57.65) | ($57.65) | Late Charge Assessment |
| 1/16/2007 | ($57.65) | ($115.30) | Late Charge Assessment |
| 2/13/2007 | $0.03 | ($115.27) | LATE CHARGES |
| 2/16/2007 | ($63.63) | ($178.90) | Late Charge Assessment |
| 3/16/2007 | ($63.63) | ($242.53) | Late Charge Assessment |
| 4/16/2007 | ($63.63) | ($306.16) | Late Charge Assessment |
| 5/16/2007 | ($63.63) | ($369.79) | Late Charge Assessment |
| 6/16/2007 | ($63.63) | ($433.42) | Late Charge Assessment |
| 7/16/2007 | ($63.63) | ($497.05) | Late Charge Assessment |
| 8/8/2007 | $318.15 | ($178.90) | Late Charge Waiver |
| 8/16/2007 | ($69.12) | ($248.02) | Late Charge Assessment |
| 9/17/2007 | ($69.12) | ($317.14) | Late Charge Assessment |
| 10/16/2007 | ($69.12) | ($386.26) | Late Charge Assessment |
| 11/13/2007 | $207.36 | ($178.90) | Late Charge Waiver |
| 11/16/2007 | ($69.12) | ($248.02) | Late Charge Assessment |
| 12/3/2007 | $248.02 | $0.00 | Repayment of Late Charges |
| 12/4/2007 | ($69.12) | ($69.12) | Transaction Reversal |
| 12/5/2007 | $69.12 | $0.00 | Late Charge Waiver |
| | | $0.00 | **BALANCE** |

# INVOICE

Invoice #: 9502
Invoice Date: 3/13/2007
Nova File Number: P05-3836-B

**To:**
Reimer, Lorber & Arnovitz Co. LPA
2450 Edison Blvd.
PO Box 968
Twinsburg, OH 44087

**From:**
Nova Title Agency, Inc.
2450 Edison Blvd.
Twinsburg, OH 44087
(330) 405-3771

| Description | Amount | Qty | Total |
|---|---|---|---|
| Preliminary Judicial Report | $468.00 | 1 | $468.00 |
| Exam Fee | $335.00 | 1 | $335.00 |
| | | Subtotal | $0.00 |
| | | Tax @ 0 % | $0.00 |
| | | Non Taxable Amt. | $803.00 |
| | | Grand Total | $803.00 |

Reimer, Lorber & Arnovitz Co. LPA File No: F07-00665

Property Owner: Eugene D Kline
Property Address: 902 Ashcreek Drive
Centerville, OH 45458
Montgomery County

**_Please Remit To:_**
Nova Title Agency, Inc.
2450 Edison Blvd.
Twinsburg, OH 44087
(330) 405-3771

*Thank you!*

# INVOICE

Invoice #: 10397
Invoice Date: 4/4/2007
Nova File Number: P05-3836-11

**To:**
Reimer, Lorber & Arnovitz Co. LPA
2450 Edison Blvd.
PO Box 968
Twinsburg, OH 44087

**From:**
Nova Title Agency, Inc.
2450 Edison Blvd.
Twinsburg, OH 44087
(330) 405-3771

| Description | Amount | Qty | Total |
|---|---|---|---|
| Final Judicial Report Premium | $50.00 | 1 | $50.00 |
| Exam Fee | $100.00 | 1 | $100.00 |
| | | Subtotal | $0.00 |
| | | Tax @ 0 % | $0.00 |
| | | NonTaxable Amt. | $150.00 |
| | | Grand Total | $150.00 |

Reimer, Lorber & Arnovitz Co. LPA File No: F07-00665

**Property Owner:** Eugene D Kline
**Property Address:** 902 Ashcreek Drive
Centerville, OH 45458
Montgomery County

**_Please Remit To:_**
Nova Title Agency, Inc.
2450 Edison Blvd.
Twinsburg, OH 44087
(330) 405-3771

*Thank you!*

# PROVEST

03/23/2007

202 S. ROME AVE. SUITE 150
TAMPA, FL 33606

## INVOICE

**INVOICE NUMBER: 535303**

| CUSTOMER | BILLING INFORMATION | |
|---|---|---|
| REIMER, LORBER & ARNOVITZ CO., LPA<br>2450 EDISON BLVD.<br><br>TWINSBURG, OH 44087<br>REBECCA STENSON | FILE NUMBER:<br>MAIN DEFENDANT:<br>PLAINTIFF:<br>COUNTY: | F07-00665<br>EUGENE D KLINE<br>WELLS FARGO BANK<br>MONTGOMERY |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|---|---|---|---|---|
| **EUGENE D KLINE** | | | | |
| 03/16/2007 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 03/21/2007 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| **JANE DOE UNKNOWN SPOUSE IF ANY OF EUGENE D KLINE** | | | | |
| 03/16/2007 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 03/21/2007 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR WMC MORTGAGE CORPORATION** | | | | |
| 03/19/2007 | ATTEMPTING SERVICE OUT-OF STATE - 1st Address | $0.00 | $100.00 | $100.00 |
| 03/22/2007 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| **STATE OF OHIO BUREAU OF EMPLOYMENT SERVICES C/O OHIO ATTORNEY GENERAL** | | | | |
| 03/16/2007 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 03/21/2007 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| **LEASECOMM CORPORATION C/O THE PRENTICE-HALL CORPORATION SYSTEM INC S/A** | | | | |
| 03/16/2007 | ATTEMPTING SERVICE - 1st Address | $0.00 | $75.00 | $75.00 |
| 03/21/2007 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |

**MISCELLANEOUS CHARGES**

HANDLING FEE                          $50.00

TOTAL MISC. CHARGES:     $50.00

SUBTOTAL:                    $400.00
TOTAL EXTRA CHARGES:   $50.00
PREPAID:                        $0.00

TOTAL:                          $450.00