F13-02843

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC successor by merger to Chase Manhattan Mortgage Corporation<br>　　　　Plaintiff<br><br>vs.<br><br>Christy R. Dindal, et al.<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>Judge<br><br><br>Action Code |

INVOICE FOR TITLE INSURANCE

Now comes Douglas A. Haessig, attorney for the Plaintiff, herein and pursuant to Local Rule 96 certifies that the TOTAL amount paid by the Plaintiff for owners title insurance on the premises which are subject to this action is $ 656.00 to the costs in this case.

_____
REIMER, ARNOVITZ, CHERNEK
& JEFFREY CO., L.P.A.
BY:　Douglas A. Haessig # 0079200
Attorney for Plaintiff
P.O. Box 39696
30455 Solon Road
Solon, Ohio 44139
(440)600-5500