Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

LAWRENCE R. GLAZER,
etc.,

      Plaintiff,    JUDGE BOYKO
                         MAGISTRATE WHITE
  -vs-              CASE 1:09-CV-01262

CHASE HOME FINANCE, LLC,
et al.,

      Defendants.

- - - -

    Deposition of NICOLETTE GLAZER, ESQ., taken as if upon cross-examination before Colleen M. Malone, a Notary Public within and for the State of Ohio, in the courtroom of Magistrate Judge Greg White, 801 West Superior Avenue, Courtroom 11-B, on Tuesday, January 20, 2015, at 2:50 p.m. pursuant to notice and/or stipulations of counsel on behalf of the Defendants in this cause.

- - - -

MAGNA LEGAL SERVICES
(866)624-6221
www.MagnaLS.com





EXHIBIT A

Page 67

```
 1   A.   Yes.
 2   Q.   Will you turn to the next page where it says
 3        "National Mold Remediation."
 4   A.   Yes.
 5   Q.   Do you see that document?
 6   A.   Yes, I do.
 7   Q.   Can you identify what this document is?
 8   A.   This says "Scope and Cost of Mold Remediation"
 9        that was sent by NVR to me.
10   Q.   And it says "Client, Nicolette Glazer."
11            Do you see that?
12   A.   That's correct.
13   Q.   And what is NVR?  Is it NMR or NVR?
14   A.   I believe it's NMR maybe.
15   Q.   What is National Mold Remediation?
16   A.   I believe is it a mold remediation contractor.
17   Q.   And did you utilize National Mold Remediation,
18        that company, to perform mold remediation
19        services on the Bristol Road property?
20   A.   Larry did, yes.
21   Q.   Larry did.
22            But it refers to the client as you, correct?
23   A.   I dealt with them, absolutely, on Larry's behalf,
24        absolutely.
25   Q.   Okay.  Okay.  And if you look at Bates 350, it
```


MAGNA LEGAL SERVICES

Page 68

```
 1        says "Our price for PHASE I as described above:
 2        $2,198.87."
 3   A.   What are you looking at?  Twenty-one
 4        eight -- uh-huh.  Uh-huh.
 5   Q.   Was that amount paid to National Mold Remediation
 6        by Mr. Glazer?
 7   A.   I believe so.
 8   Q.   You believe so.
 9             Is there any documentation evidencing payment
10        made?
11   A.   I'm sure there is a payment that was made.  I
12        don't know in what format they accepted it, but
13        there was a payment made to them.
14   Q.   Okay.  Is Mr. Glazer alleging as item of damages
15        in this case the $2,189.87 for the mold
16        remediation?
17   A.   Counsel, what I will present to the Court as a
18        measure of damages is a determination I will make
19        when that's made.
20             Larry Glazer claims in his complaint that he
21        is seeking an actual damages, which are defined
22        by the courts in interpreting the Federal Debt
23        Collection Practices Act.  To the extent they
24        will be allowed or proven, that's a question to
25        be raised on a different day.
```



Page 69

1  Q.  Okay.  Did Mr. Glazer submit a claim to any
2      insurance company for the cost that he paid to
3      National Mold Remediation?
4  A.  I have no recollection.
5  Q.  You have no recollection, Mrs. Glazer?
6  A.  I'm sure there is a document with the insurance
7      company if there was one.
8  Q.  Has it been produced in this litigation?
9  A.  No.
10 Q.  Okay.  So Mr. Glazer may have submitted a claim
11     to his insurance company for the mold remediation
12     that was performed by National Mold Remediation
13     company?
14 A.  Larry Glazer made a claim for a loss at the
15     property.  Larry Glazer made a settlement with an
16     insurance company.
17 Q.  Okay.  When was that claim made?
18 A.  I believe the claim was made by the estate.  My
19     recollection is that that was a claim made by the
20     estate -- I believe Deborah Klie made that claim.
21     The actual -- my recollection is the insurance
22     policy, that was Charlie Klie's policy, lapsed in
23     early August or maybe late August, I don't know
24     for sure, but I believe that the claim was made
25     under the policy held by Charlie Klie.

