UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE R. GLAZER, | ) | CASE NO.1:09CV1262 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| REIMER, ARNOVITZ, CHERNEK & JEFFREY, CO., | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

In light of the pending Motion to Disqualify Counsel Nicolette Glazer and Strike Class Allegations (ECF # 170), the Court will stay briefing on the recently filed Motion for Class Certification and Motion for Partial Summary Judgment until the Court rules on the Motion to Disqualify.

IT IS SO ORDERED.

                                                       s/ Christopher A. Boyko
                                                       CHRISTOPHER A. BOYKO
                                                       United States District Judge

Dated: July 13, 2015